■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT CHIARELLO, Appellant.—Purported appeal by defendant from an order of the Supreme Court, Kings County (Golden, J.), dated April 18, 1984, which denied his motion pursuant to CPL 440.20 to set aside a sentence.

Appeal dismissed.

Defendant's application for permission to appeal from the order dated April 18, 1984 was denied by this court on April 9, 1985. Therefore, this purported appeal must be dismissed (see, CPL 450.15). O'Connor, J. P., Weinstein, Niehoff and Eiber, JJ., concur.